EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief/Narcotics Section
Assistant U.S. Attorney

CONSTANCE A. HASSELL #3374
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Constance.Hassell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 19 2003

at __ o'clock and __ min __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR03-00128 DAE |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | 21 U.S.C. § 841(a) |
| RUSSELL KIMURA, | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges that:

On or about March 11, 2003, in the District of Hawaii, Defendant RUSSELL KIMURA did knowingly and intentionally possess with the intent to distribute five (5) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a

Schedule II controlled substance,

    In violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(B).

    DATED: March 17, 2003 at Honolulu, Hawaii

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE NAKAKUNI
Chief/Narcotics Section
Assistant U.S. Attorney

_____
CONSTANCE A. HASSELL
Assistant U.S. Attorney

United States v. Russell Kimura
Cr. No. _____
INDICTMENT

2